# Third District Court of Appeal

## State of Florida

Opinion filed May 15, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-2083
Lower Tribunal No. 17-13660
_____

**Carolina Aristizabal,**
Appellant,

vs.

**Rafael Antonio Pina,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Bernard S. Shapiro, Judge.

Lindsey Wilson, PLLC, and Amber Wilson and Sean Lindsey (Fort Lauderdale), for appellant.

McConnell Valdes LLP, and Maria A. Dominguez and Juan C. Ramos and Javier F. Micheo, for appellee.


Before EMAS, C.J., and SALTER, J., and LEBAN, Senior Judge.

LEBAN, Senior Judge.

We review the trial court's factual findings for competent substantial evidence. See Machtinger v. Inertial Airline Servs., Inc., 937 So. 2d 730, 734 (Fla. 3d DCA 2006) (noting that although review of a motion to dismiss for lack of personal jurisdiction is de novo, "where the trial court's decision is based on live testimony, the appellate court defers to the trial court's determination of the facts"); Rudel v. Rudel, 111 So. 3d 285 (Fla. 4th DCA 2013) (holding where case for lack of jurisdiction is based on a finding of fact, appellate court reviews findings based on competent, substantial evidence standard).

Affirmed.